UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

EN AI LIN, ZIFU ZHENG, ZHENGHUA WANG,
XIA LONG LIN, PING CAO, JUN YAO, JIAN MING
XUE, GUO PING ZHUO, *on behalf of themselves*,

          Plaintiffs,

-against-

HARU HOLDING CORP., and HARU BROADWAY
CORP.,

          Defendants.

------------------------------------- x

ORDER

21 Civ. 07464 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    Pursuant to the Order, entered on November 18, 2021, in *Lin et al v. Benihana Inc. et al*, 20-cv-09672-GBD-OTW, the above-captioned case was consolidated with 20-cv-09672-GBD-OTW. The Clerk of Court is ordered to close the above-captioned case.

Dated: New York, New York
      April 18, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge